UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

DIONNE BOYD, *as Administrator of the*
*Estate of Dorie M. Boyd, deceased*

        Plaintiff,

   -v-                           No.  20-CV-8935 LTS SLC

MOUNT SINAI ST. LUKES HOSPITAL, et
al.,

        Defendants.

--------------------------------------------------------x

ORDER

        The Court has received and reviewed the motion to dismiss filed by defendant Dr. Enis Alberaqdar on December 7, 2020 (Docket Entry No. 9), the motion to dismiss filed by defendant St. Joseph's Hospital-Wayne ("St. Joseph's") on December 16, 2020 (Docket Entry No. 15), and the motion to dismiss filed by defendant Dr. Amr Kahf on December 29, 2020 (Docket Entry No. 23).  Dr. Kahf also seeks a retroactive extension of his deadline to answer or otherwise move in response to the complaint.  (Id.)  The Court has also received a memorandum of law (Docket Entry No. 21) and related affirmation (Docket Entry No. 22) filed by defendants Mount Sinai Health Network, LLC and Mount Sinai St. Lukes Hospital (together, "Mount Sinai") on December 28, 2020, in support of a motion to dismiss, though Mount Sinai has not filed a motion to dismiss, and has answered plaintiff's complaint.  (See Docket Entry Nos. 8 and 18.)  Plaintiff has not filed any response to Dr. Alberaqdar's or St. Joseph's' motions to dismiss.

        It is hereby ORDERED that:

1.   Plaintiff shall file any application for an extension of time to respond to Dr. Alberaqdar's and St. Joseph's' motions to dismiss by **January 8, 2021.**

2.  Plaintiff shall file any response to Dr. Kahf's motion to dismiss, and for a retroactive extension of time, by **January 19, 2021**.

3.  Mount Sinai shall promptly file any notice of motion to dismiss (or for judgment on the pleadings, <u>see</u> Fed. R. Civ. Pro. 12(c)), and refile its supporting documents linked to that notice of motion.

SO ORDERED.

Dated: New York, New York
        January 4, 2021

                                                     /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge