UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DIONNE BOYD, *as Administrator of the Estate of Dorie M. Boyd, deceased*,

                Plaintiff,

     -against-

MOUNT SINAI ST. LUKES HOSPITAL, et al.,

                Defendants.
-------------------------------------------------------x

No. 20 CV 8935-LTS-SLC

ORDER OF DISMISSAL

        The parties have stipulated to dismissal of, and the Court has dismissed, plaintiff's claims against each of the six named defendants in this action. (See Docket Entry Nos. 31, 38, 39, 41, 42.) Accordingly, the Clerk of Court is respectfully directed to terminate all pending motions and to close the case.

        SO ORDERED.

Dated: New York, New York
       January 11, 2021

                                  /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                United States District Judge